NO. 07-04-0351-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 18, 2004

_____

ALCARIO ANDREW ARELLANO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 45,922-E; HONORABLE ABE LOPEZ, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Appellant Alcario Andrew Arellano, appearing pro se in this appeal, filed a Withdrawal of Notice of Appeal on July 29, 2004, signed by appellant.

Accordingly, without passing on the merits, we dismiss this appeal pursuant to TEX. R. APP. P. 42.2(a). Having dismissed the appeal at appellant's personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Phil Johnson
Chief Justice

Do not publish.